IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVIE HARRISON, ID # 696677, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:11-CV-0712-K |
| ) | |
| JOHN ARASOR, et. al ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's objections thereto filed on May 10, 2011, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's *Motion to be Exempt from the Three Strikes Rule* (doc. 9), *Application to Proceed In Forma Pauperis* (doc. 10), and *Amended Motion to be Exempt from the Three Strikes Rule* (doc. 16) are all **DENIED**. By separate judgment, the Court summarily dismisses this action as barred by 28 U.S.C. § 1915(g).

SO ORDERED.

SIGNED this 11th day of May, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE